1246

No. 90–172. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. ROBINETTE. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pauley* v. *BethEnergy Mines, Inc., ante,* p. 680.

No. 90–382. VILLAGE OF MILFORD, MICHIGAN v. PROFESSIONAL LAWN CARE ASSN. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wisconsin Public Intervenor* v. *Mortier, ante,* p. 597.

No. 90–473. ARIZONA v. BARTLETT. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harmelin* v. *Michigan, ante,* p. 957.

No. 90–645. NORWEST BANK DULUTH, N. A. v. JAMES, MINNESOTA COMMISSIONER OF REVENUE, ET AL. Sup. Ct. Minn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *James B. Beam Distilling Co.* v. *Georgia, ante,* p. 529.

No. 90–673. BASS ET AL. v. SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *James B. Beam Distilling Co.* v. *Georgia, ante,* p. 529.

No. 90–898. CLARK ET AL. v. ROEMER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari before judgment granted, judgment of the United States District Court for the Middle District of Louisiana vacated, and case remanded to that court for further consideration in light of *Chisom* v. *Roemer, ante,* p. 380.

No. 90–1137. PARKE, WARDEN v. GILLENWATER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ylst* v. *Nunnemaker, ante,* p. 797.